# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLOBAL TRANSACTIONS, LLC,**<br>     **Plaintiff,**<br><br>     v.<br><br>**GLOBAL SPECTRUM PICO PTE., LTD.,**<br>     **Defendant.** | **CIVIL ACTION**<br><br><br><br><br><br>**NO. 12-7208** |

## O R D E R

**AND NOW,** this 6th day of March, 2013, upon consideration of Plaintiff Global Transactions' Motion for Remand (Document No. 9, filed January 22, 2013), Defendant's Memorandum in Opposition to Plaintiff's Motion for Remand (Document No. 14, filed February 15, 2013), Plaintiff's Reply Memorandum of Law in Support of its Motion for Remand (Document No. 23, filed February 27, 2013, Defendant's Sur-Reply In Opposition to Plaintiff's Motion for Remand (Document No. 26, filed March 5, 2013), Defendant's Motion for Leave to to [sic] Amend Notice of Removal (Document No. 15, filed February 15, 2013), Plaintiff Global Transactions' Opposition to Defendant Global Spectrum Pico Pte. Ltd.'s Motion for Leave to Amend Notice of Removal (Document No. 19, filed February 27, 2013), for the reasons set forth in the Memorandum dated March 6, 2013, **IT IS ORDERED** as follows:

1. Plaintiff Global Transactions' Motion to Remand is **GRANTED**;

2. Defendant's Motion for Leave to to [sic] Amend Notice of Removal is **DENIED**; and

3. This case is **REMANDED** to the Philadelphia County Court of Common Pleas.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

                                             **BY THE COURT:**


                                             /s/ Hon. Jan E. DuBois
                                             **DuBOIS, JAN E., J.**